**Form ocvp**  (Revised 12/01/2009)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 11−22031     Chapter: 7

In re:

Penny Louise Weise
11205 W. 65th St., #105
Shawnee, KS 66203

SSN: xxx−xx−8545

| Entered By The Court 7/6/11 | ORDER TO CORRECT VOLUNTARY PETITION IN BANKRUPTCY | **Filed By The Court** **7/6/11** **Fred Jamison** **Clerk of Court** **US Bankruptcy Court** |
|---|---|---|

The above−captioned voluntary petition in bankruptcy and/or accompanying documents are defective and/or missing.

The following corrections/amendments must be made within fourteen (14) days of the entry of this order or the case will be dismissed without further notice.

**Missing/Defective Documents:**

**Employee Income Record due 07/20/2011**

**CORRECTIONS MUST BE SUBMITTED USING THE LATEST VERSION OF THE APPROPRIATE OFFICIAL FORM. FAILURE TO CORRECT WITHIN FOURTEEN (14) DAYS WILL RESULT IN DISMISSAL**

Please note that Official Forms were revised substantially with the implementation of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 on October 17, 2005, and are available on www.ksb.uscourts.gov.


Document 4                                         s/   Fred Jamison
                                                   Clerk, United States Bankruptcy Court